UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT H. MAJOR, JR., et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>PLUMBERS LOCAL UNION NO. 5 OF THE UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE U.S. AND CANADA, AFL-CIO, et al.,<br><br>    Defendants. | Civil Action No. 03-0009 (JDB) |

## ORDER

Upon consideration of defendants' motions to dismiss, the several memoranda filed by the parties, and for the reasons stated in the Memorandum Opinion issued on this date, it is hereby

**ORDERED** that [68] John J. Kirlin, Inc.'s motion to dismiss is **GRANTED** in part and **DENIED** in part (without prejudice to refile a laches defenses); it is further

**ORDERED** that the claims of Jerome B. Treadwell, Michael R. Seasay, Tracy L. Barringtine, Robert H. Major, Jr., Tyrone Hagan, Terrence Hughes, and Eliza Hunter against John J. Kirlin, Inc. are dismissed; it is further

**ORDERED** that [70 & 73] Plumbers Local Union No. 5's motion to dismiss is **GRANTED** in part and **DENIED** in part (without prejudice to refile a laches defenses); it is further

**ORDERED** that the claims of Jerome B. Treadwell, Michael R. Seasay, Robert H.

Major, Jr., Roger Harley, Sr., Tyrone Hagan, Eliza Hunter, and Lee S. Walker against Plumbers Local Union No. 5 are dismissed; it is further

**ORDERED** that the motions to dismiss of [69] Pierce and Associates, [71] Joint Plumbing Apprentice and Training Committee, [72] The Poole & Kent Corp., and [74] Giant Food Stores, Inc. are **GRANTED**; it is further

**ORDERED** that Giant Food Stores, Inc.'s motion for summary judgment on the claims of Robert H. Major, Jr. and Lee S. Walker is **GRANTED**; it is further

**ORDERED** that judgment is entered in favor of Pierce and Associates, Joint Plumbing Apprentice and Training Committee, The Poole & Kent Corp., and Giant Food Stores, Inc.; it is further

**ORDERED** that plaintiffs' claims against Mechanical Contractors District of Columbia Association and Parker-Kirlin JV are dismissed for failure to prosecute; and it is further

**ORDERED** that a status conference is scheduled for April 21, 2005 at 9:00 a.m.


    /s/ John D. Bates
    JOHN D. BATES
    United States District Judge

Dated:     March 29, 2005

Copies to:

Samuel Cartenius Hamilton
Law Offices of Samuel Hamilton
8401 Colesville Road
Suite 620
Silver Spring, Maryland 20910
301-589-3000 (telephone)

301-589-8866 (fax)
E-mail: shamiltonlaw@aol.com

Charles W. Day, Jr.
Gebhardt & Associates
1101 17th Street, Northwest
Suite 607
Washington, D.C. 20036- 4718
202-496-0400 (telephone)
202-496-0404 (fax)
E-mail: billday@covad.net

Joseph D. Gebhardt
Gebhardt & Associates
1101 17th Street, Northwest
Suite 607
Washington, D.C. 20036- 4718
202-496-0400 (telephone)
202-496-0404 (fax)
E-mail: jgebhardt@covad.net

Carey Robert Butsavage
Butsavage & Associates, P.C.
1920 L Street, Northwest
Suite 510
Washington, D. C. 20036
202-861-9700 (telephone)
202-861-9711 (fax)
E-mail: cbutsavage@butsavage.com

Christopher Kip Schwartz
Butsavage & Associates, P.C.
1920 L Street, Northwest
Suite 510
Washington, D. C. 20036
202-861-9700 (telephone)
202-861-9711 (fax)

Ellen O. Boardman
O'Donoghue & O'Donoghue
4748 Wisconsin Avenue, Northwest
Washington, D.C. 20016
202-362-0041 (telephone)
E-mail:eboardman@odonoghuelaw.com

Andrew E. Stephenson
Holland & Knight LLP
2099 Pennsylvania Avenue, Northwest
202-457-7056 (telephone)
202-955-5564 (fax)
E-mail: astephen@hklaw.com

Darryl Leonard Franklin
Venable, Baetjer and Howard, LLP
1202 New York Avenue, Northwest
Suite 1000
Washington, D.C.  20005
202-216-8052 (telephone)
202-962-8300 (fax)
E-mail: dfranklin@venable.com